UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

      Plaintiff,      NOTICE OF MOTION

  -against-         11 CR 111 (NRB)

ALWAR POURYAN, ET AL.

      Defendants.
------------------------------------------------------------X

  PLEASE TAKE NOTICE that upon the annexed affirmation of Lee A. Ginsberg, Esq., and upon the annexed Memorandum of Law, and the prior proceedings had herein, the undersigned will move this Court pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure, on the date determined by the Court, for the following relief:

I.  An Order dismissing the Indictment for lack of jurisdiction;

In the event the Court does not dismiss the Indictment, the undersigned will request the following additional relief:

II.  An Order striking surplusage from the Indictment;

III.  An Order, pursuant to Fed. R. Evidence 403 and 404 requiring the government to disclose all evidence of other crimes, wrongs or acts intended to be used by the government at trial.

IV.  An Order, pursuant to **Brady v. Maryland**, 373 U.S. 83 (1963), and it progeny, directing the government to produce all information which tends to exculpate the defendant.

V.      An Order permitting the Defendant Alwar Pouryan to join in all motions of his co-defendants that are not inconsistent with th relief requested herein;

VI.     An Order granting such other relief as this Court deems just and proper.

Dated: New York, New York
       May 1, 2012

                                  Lee A. Ginsberg, Esq. (LG7224)
                                  Freeman, Nooter & Ginsberg
                                  30 Vesey Street, Ste 100
                                  New York, NY 1007
                                  (212) 608-0808

TO:

HON. Naomi R. Buchwald
United States District Judge
Southern District of New York

500 Pearl Street
New York, New York 10007

CLERK OF THE COURT (BY ECF)
Southern District of New York
500 Pearl Street
New York, New York 10007

AUSA Glen Kopp, Esq. (BY ECF)
AUSA Christian Everdale, Esq. (BY ECF)
All Defense Counsel (BY ECF)