```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

        - against -                             ORDER

ALWAR POURYAN,                              11 Cr. 111-6 (NRB)
                    Defendant.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on July 18, 2023 this Court received a motion to correct an error in the record from Alwar Pouryan (the "defendant"), see ECF No. 282; and

WHEREAS, on September 25, 2023, the Government filed its opposition to the defendant's motion, see ECF No. 283; and

WHEREAS, on October 27, 2023 this Court received a request to extend the deadline to reply to the Government's opposition to November 2, 2023, see ECF No. 284; it is hereby

**ORDERED** that the deadline to respond to the Government's opposition is extended to November 2, 2023.  The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 284 and mail a copy of this order to Alwar Pouryan (Reg. No. 65030-054) at Federal Correctional Institution Sheridan in Sheridan, Oregon.

Dated:    New York, New York
          October 30, 2023

```
                              _____
                                  NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE
```